ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

The decision of the United States Navy–Marine Corps Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011).

BAKER, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in Fosler. *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0019/AR. U.S. v. Thomas A. Pressley. CCA 20110106. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and that the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 11–0644/AR. U.S. v. Brandon T. Tessier. CCA 20100161. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0664/NA. U.S. v. Derek L. Allen. CCA 201100040. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 12–0019/AR. U.S. v. Thomas A. Pressley. CCA 20110106. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

---

\* It is directed that the promulgating order be corrected to reflect a plea of not guilty to the Specification of Charge III. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]